
FILED
CHARLOTTE, NC

DEC 15 2011

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ADMINISTRATIVE ORDER ) | |
| ) | |
| ) | Misc. No. 3:11 MC 187 |
| ORDER FOR DESTRUCTION ) | |
| OF GRAND JURY RECORDS ) | |

IT IS ORDERED that the Clerk of Court is hereby authorized to destroy the Grand Jury Records as noted on Attachment A herewith as authorized by the Guide to Judiciary Policy and Procedures, Volume 10 Public Access and Records Management, Chapter 6, Schedule 2.A.(13)(b).

This the 14 day of December, 2011.

Hon. Robert J. Conrad
Chief, United States District Judge

# ATTACHMENT A

- Applications/Order authorizing use of pen registers dated 5/21/1982, 7/19/1982, 9/14/1982

- Misc. #437 Applications/Authorizations Order in re: NC Construction Industry, dated from 6/2/1980 through 8/30/1983

- Misc. #564 Application/Order for production telephone records

- Misc. #574 Application/Order for disclosure of documents

- Misc. #584 Application/Order for production of medical records

- Misc. #585 Application/Order for production of telephone records

- Misc. #627 Application/Order for disclosure of documents

- Misc. #1039 Applications/Orders for wire intercepts

- Grand Jury Records – Concurrence Forms

    - 9/15/1951 through 7/3/1973 – All Divisions

    - 10/1/1973 through 2/2/1976 – Charlotte – Shelby – Statesville

    - 4/5/1976 through 12/5/1977 – All Divisions

    - 2/6/1978 through 12/3/1979 – All Divisions

    - 2/4/1980 through 12/31/1987 – All Divisions

    - 1/1/1988 through 12/31/1996 – Charlotte Division

    - 1/1/1997 through 12/31/1999 – Charlotte Division