

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ADMINISTRATIVE ORDER ) | |
| ) | |
| ) | Misc. No. 3:11 MC 187 |
| ORDER FOR DESTRUCTION ) | |
| OF GRAND JURY RECORDS ) | |

IT IS ORDERED that the Clerk of Court is hereby authorized to destroy the Grand Jury Records as noted on Attachment A herewith as authorized by the Guide to Judiciary Policy and Procedures, Volume 10 Public Access and Records Management, Chapter 6, Schedule 2.A.(13)(b).

This the 14 day of December, 2011.

_____
Hon. Robert J. Conrad
Chief, United States District Judge

# ATTACHMENT A

- Applications/Order authorizing use of pen registers dated 5/21/1982, 7/19/1982, 9/14/1982

- Misc. #437 Applications/Authorizations Order in re: NC Construction Industry, dated from 6/2/1980 through 8/30/1983

- Misc. #564 Application/Order for production telephone records

- Misc. #574 Application/Order for disclosure of documents

- Misc. #584 Application/Order for production of medical records

- Misc. #585 Application/Order for production of telephone records

- Misc. #627 Application/Order for disclosure of documents

- Misc. #1039 Applications/Orders for wire intercepts

- Grand Jury Records – Concurrence Forms

    - 9/15/1951 through 7/3/1973 – All Divisions
    - 10/1/1973 through 2/2/1976 – Charlotte – Shelby – Statesville
    - 4/5/1976 through 12/5/1977 – All Divisions
    - 2/6/1978 through 12/3/1979 – All Divisions
    - 2/4/1980 through 12/31/1987 – All Divisions
    - 1/1/1988 through 12/31/1996 – Charlotte Division
    - 1/1/1997 through 12/31/1999 – Charlotte Division